# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | |
|---|---|
| The Board of Election Supervisors, )<br>)<br>Petitioners )<br>)<br>vs. )<br>)<br>Merwin Lynch, Individually and as )<br>District Judge, Window Rock District,)<br>Respondent )<br>_____ ) | No. A-CV-23-78<br><br>ORDER<br>DISMISSING PETITION FOR<br>A WRIT OF PROHIBITION |

The Petition for a Writ of Prohibition, filed the 19th day of September, 1978, having been received and considered by the Acting Chief Justice, the Court finds:

The case of <u>Taylor McKenzie, et al. v. Board of Election Supervisors, et al.</u>, on which case this writ is sought, was dismissed by the Window Rock District Court on September 25, 1978. The Petition for a Writ of Prohibition is therefore moot.

THEREFORE, the Petition for a Writ of Prohibition is DISMISSED.

Dated this 5th day of October, 1978.


Marie F. Neswood

Acting Chief Justice of the Navajo Nation